**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6733**

———————

DEWAYNE MCKENZIE,

Plaintiff - Appellant,

versus

SHERRIE BAUGH, Solicitor; RICK JONES, Public
Defender,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. R. Bryan Harwell, District Judge.
(2:06-cv-00315-RBH)

———————

Submitted: July 24, 2007          Decided: August 1, 2007

———————

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dewayne McKenzie, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne McKenzie appeals the district court's order accepting the recommendation of the magistrate judge and dismissing McKenzie's 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>McKenzie v. Baugh</u>, No. 2:06-cv-00315-RBH (D.S.C. Apr. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>